UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOE GLENN MANLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 19-2343-JDT-cgc |
| ) | |
| FAYETTE COUNTY JUSTICE ) | |
| CENTER, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Joe Glenn Manley, who was, at the time, incarcerated at the Fayette County Detention Center in Somerville, Tennessee, filed a *pro se* civil complaint on May 29, 2019. (ECF No. 1.) The Court issued an order directing Manley to submit, within 30 days, either the entire $400 filing fee or an *in forma pauperis* affidavit and a copy of his inmate trust account statement, as required by the Prison Litigation Reform Act (PLRA), 28 U.S.C. §§ 1915(a)-(b). (ECF No. 3.) However, before the 30-day period for compliance expired, Manley notified the Court that he was being released. (ECF Nos. 4 & 5.) The Court therefore issued a second order on June 25, 2019, requiring Manley to either pay the filing fee or submit a non-prisoner *in forma pauperis* affidavit. (ECF No.6.) On July 1, 2019, Manley filed both the short-form prisoner *in forma pauperis* affidavit and the long-form non-prisoner affidavit. (ECF Nos. 8 & 9.)

When a prisoner is released before the filing fee is assessed under the PLRA, "the obligation to pay the remainder of the fees is to be determined solely on the question of whether the released individual qualifies for pauper status." *McGore v. Wrigglesworth*, 114 F.3d 601, 613 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013). In this case, Plaintiff has now submitted the appropriate non-prisoner *in forma pauperis* affidavit. The information set forth in the affidavit satisfies Plaintiff's burden of demonstrating that he is unable to pay the civil filing fee. Accordingly, the motion for leave to proceed *in forma pauperis* is GRANTED.

Plaintiff is reminded that he must continue to promptly notify the Clerk, in writing, of any change of address. Failure to comply with this requirement, or any other order of the Court, may result in the dismissal of this case without further notice.

Because pauper status is being granted, the Clerk is directed to terminate all pending motions in this case.

IT IS SO ORDERED.

                                                    s/ **James D. Todd**
                                                    JAMES D. TODD
                                                    UNITED STATES DISTRICT JUDGE